**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| MARCEL MIDDLETON, #173488 | § | |
| VS. | § | CIVIL ACTION NO. 6:06cv311 |
| SHERIFF, SMITH COUNTY, TEXAS | § | |

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for dismissing this case as moot because Petitioner has been released from custody.

Respondent filed objections to the Report.  Respondent contends that the Director of TDCJ-CID is not the proper Respondent because Petitioner has never been in the custody of TDCJ-CID, but was in the custody of the Sheriff of Smith County, Texas.  This Court made a *de novo* review of Respondent's objections and determined that they have merit.

This Court finds that the Magistrate Judge's conclusions for disposition of this case are correct, and adopts them as the Court's conclusions.  The Court therefore

**ORDERS** that Respondent's motion to dismiss the Director of TDCJ-CID as a Respondent is **GRANTED**;

**ORDERS** the Clerk of Court to correct the docket sheet to show that the proper Respondent

in this case is Sheriff of Smith County, Texas; and

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**;

**ORDERS** that Petitioner is **DENIED** a certificate of appealability; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 5th day of February, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE